# UNITED STATES DISTRICT COURT
## Western District of Washington

UNITED STATES OF AMERICA
V.

DAVID A. Roland

**JUDGMENT IN A CRIMINAL CASE**
(For Offenses Committed On or After November 1, 1987)

Victim Notice : N210651/WW75
Case Number: ~~WW75   N210651~~

Tim Lonhoff
Defendant's Attorney

**THE DEFENDANT:**

✓ pleaded guilty to ~~count~~(s) Violation NoTICE NO. N210651/WW75

___ was found guilty on count(s) _____
after a plea of not guilty.

**ACCORDINGLY**, the court has adjudicated that the defendant is guilty of the following offense(s):

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 18 USC 113(a)(5) | Simple Assault | 4/7/03 | I |
| | | | N210651/WW75 |

03-CR-05844-MISC

The defendant is sentenced as provided in pages 2 through __4__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

___ The defendant has been found not guilty on count(s) _____
___ Count(s) _____ (is)(are) dismissed on the motion of the United States.

**IT IS ORDERED** that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

Defendant's Soc. Sec. No.: 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
Defendant's Date of Birth: 5|10|1969
Defendant's USM No.: NA

Defendant's Mailing Address:

3567 CourTYARD LN

BREMERTON, WA 98310

X _____
Defendant's Signature

_____
Special Assistant United States Attorney

12|3|2003
Date of Imposition of Sentence

_____
Signature of Judicial Officer

**J. KELLEY ARNOLD**
Name of Judicial Officer, United States Magistrate Judge

12-3-03
Date

Defendant:  David A. Rowand                          Judgment--Page 2 of 4

Case Number:  WW75· N310651

# PROBATION

The defendant is hereby sentenced to probation for a term of ___1 year.___

The defendant shall report to the Probation Office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state, or local crime.

The defendant shall not illegally possess a controlled substance.

*For offenses committed on or after September 13, 1994:*

The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of placement on probation and at least two periodic drug tests thereafter.

_____ The above drug testing condition is suspended based on the court's determination that the defendant poses a low risk of future substance abuse. (Check, if applicable.)

_____ The defendant shall not possess a firearm, destructive device, or any other dangerous weapon.

If this judgment imposes a fine or a restitution obligation, it shall be a condition of probation that the defendant pay any such fine or restitution in accordance with the Schedule of Payments set forth in the Criminal Monetary Penalties sheet of this judgment.

The defendant shall comply with the standard conditions that have been adopted by this court (set forth below). The defendant shall also comply with the additional conditions on the attached page (if indicated below):

## SEE ATTACHED SPECIAL CONDITIONS OF PROBATION

## STANDARD CONDITIONS OF SUPERVISION

1)  the defendant shall not leave the judicial district without the permission of the court or probation officer;
2)  the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;
3)  the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
4)  the defendant shall support his or her dependents and meet other family responsibilities;
5)  the defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons;
6)  the defendant shall notify the probation officer 10 days prior to any change in residence or employment;
7)  the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance, or any paraphernalia related to any controlled substances, except as prescribed by a physician;
8)  the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
9)  the defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;
10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;
11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;
12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;
13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

AO 245B (Rev. 8/96) Sheet 3, Part A - Criminal Monetary Penalties (USAO 02/2002)

Defendant: DAVID A. ROLAND

Case Number: WW 75-N 210651

Judgment--Page 3 of 4

## CRIMINAL MONETARY PENALTIES

The defendant shall pay the following total criminal monetary penalties in accordance with the schedule of payments set forth on Sheet 5, Part B.

|  | Assessment | Fine | Restitution |
|---|---|---|---|
| TOTALS: | $ 10.00 | $ 0.00 | $ 0.00 |

____ If applicable, restitution amount ordered pursuant to plea agreement $ _____

### FINE

✓ The Court finds that the defendant is financially unable and is unlikely to become able to pay a fine and, accordingly, the imposition of a fine is waived.

The above fine includes costs of incarceration and/or supervision in the amount of $ _____

### INTEREST ON FINES AND RESTITUTION

____ The defendant shall pay interest on any fine or restitution of more than $2,500.00, unless the fine or restitution is paid in full before the fifteenth day after the date of judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 5, Part B may be subject to penalties for delinquency and default pursuant to 18 U.S.C. § 3612(g).

XX The court has determined that the defendant does not have the ability to pay interest, and it is ordered that:

XX The interest requirement is waived for the ☐ fine and/or ☐ restitution.

____ The interest requirement for the ☐ fine and/or ☐ restitution is modified as follows:

### RESTITUTION

____ The determination of restitution is deferred until _____. An Amended Judgment in a Criminal Case (AO 245C) will be entered after such determination.

____ The defendant shall make restitution (including community restitution) to the following payees in the amounts listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportional payment unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid in full prior to the United States receiving payment.

| Name of Payee | *Total Amount of Loss | Amount of Restitution Ordered | Priority Order or Percentage of Payment |
|---|---|---|---|
| Totals: | $ _____ | $ _____ | |

*Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18, United States Code, for offenses committed on or after September 13, 1994, but before April 23, 1996.

Defendant: DAVID A. ROLAND    Judgment--Page 4 of 4
Case Number: WW75- N210651

## SCHEDULE OF PAYMENTS

Payments shall be applied in the following order: (1) assessment; (2) restitution; (3) fine principal; (4) cost of prosecution; (5) interest; (6) penalties.

Payment of the total fine and other criminal monetary penalties shall be due as follows:

A ____    in full immediately; or

B ____    $ _____ immediately, balance due (in accordance with C, D, or E); or

C __✓__    not later than ___ 30 days _____; or

D ____    in installments to commence ____ day(s) after the date of this judgment. In the event the entire amount of criminal monetary penalties imposed is not paid prior to the commencement of supervision, the U.S. probation officer shall pursue collection of the amount due, and shall request the court to establish a payment schedule if appropriate; or

E ____    in _____ (e.g., equal, weekly, monthly, quarterly) installments of $ ____ over a period of ____ year(s) to commence ____ day(s) after the date of this judgment.

The defendant will receive credit for all payments previously made toward any criminal monetary penalties imposed.

**Special instructions regarding the payment of criminal monetary penalties:**

XX    MAKE CHECK(S) FOR ALL CRIMINAL MONETARY PENALTIES, INCLUDING SPECIAL ASSESSMENTS, FINES, AND RESTITUTION, PAYABLE TO:

United States District Court Clerk, Western District of Washington. For restitution payments, the Court is to forward money received to _____ (name of party[ies] receiving restitution). See address on page _____ of this judgment.

____    The defendant shall pay the cost of prosecution.

____    The defendant shall forfeit the defendant's interest in the following property to the United States:

Unless the court has expressly ordered otherwise in the special instructions above, if this judgment imposes a period of imprisonment payment of criminal monetary penalties shall be due during the period of imprisonment. All criminal monetary penalty payments, except those payments made through the Bureau of Prisons' Inmate Financial Responsibility Program, are to be made as directed by the court, the probation officer, or the United States Attorney.

Case 3:03-cr-05844-FDB   Document 7   Filed 12/11/03   Page 5 of 28

# United States District Court
## Violation Notice

Loc Code

WW 75

Violation No

**N 210651**

Print Officer Name

DETECTIVE
FRED HARRIS

Officer No

317

N 210651

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

Date and Time of Offense: 7APR03 1600

Offense Charged: 18USC 113(a)5

Place of Offense: BLDG 940 Puget Sound Shipyard

Offense Description: ASSAULT (SIMPLE)

OCA# 03689420B240

Defendant's Last Name: Roland
First Name: David
M.I.: A

Street Address: 3567 Courtyard RD

City: Bremerton
State: WA
Zip Code: 98240
Date of Birth: 6/10/69

Driver's License No:
D.L. State:
Social Security No: 055602468

### VEHICLE DESCRIPTION

| Vehicle Tag No | Vehicle Tag State | Year | Vehicle Make | Vehicle Color |
|---|---|---|---|---|
| | | | | |

A ☒ YOU MUST APPEAR IN COURT   SEE INSTRUCTIONS

B ☐ YOU MUST MARK ONE OF THE TWO CHOICES BELOW
   AND MAIL THIS FORM WITHIN 21 DAYS   SEE INSTRUCTIONS

   ☐ I wish to terminate this matter by paying the collateral shown
   below, enclosed

   ☐ I plead not guilty and promise to appear as required

### YOUR COURT DATE

Court Address: NOTIFIED BY MAIL

Date:

Time:

Collateral (fine):

For payment by credit card, SEE INSTRUCTIONS

DD FORM 1805, SEP 1998
Original - CVB Copy
Previous edition is obsolete

(Accountable upon issuance to the offender
and until passed to the Appropriate Central
Violations Bureau (Magistrate Court).)

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 11 APR 03 while exercising my duties as a law enforcement officer in the WESTERN District of WASHINGTON

Victim reported that Roland follows her out of work into a stairwell on 07APR03 at approx 1600 hrs. Victim states Roland came up from behind, grabbed her and pulled her towards them. She pushed away + told him to stop. Roland continued trying to grab her until she left the stairwell and exited the building. Roland declined interview.

The foregoing statement is based upon

☐ my personal observation

☒ my personal investigation

☐ information supplied to me from my fellow officer's observation

☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge

Executed on: 29APR03 [MAY]

Officer's Signature

Probable cause has been stated for the issuance of a warrant

Executed on _____   _____
Date   U.S. Magistrate Judge

DD FORM 1805 (BACK), SEP 1998

CVB Scan 6/2/2003  16:31:33

# UNITED STATES DISTRICT COURT
## for the WESTERN DISTRICT of WASHINGTON

**United States Magistrate Judge J. Kelley Arnold**

Case No. _N 2-1 0651/WW75_    Defendant: _David Roland_

AUSA  B Sievers  (A Wilkes)  D Rieke    Defense Counsel: _Tim Lohraff for_ pro se _Jennifer Wellman_

_____ Arraignment _____ Plea _____ Trial _____ Sentencing    Tape No. JKA 1065 (1066) 1067 1068

_____ Failure to Appear _____ Summons to issue for ( __/__/__ at _____ ) _____ B/W to issue

_____ Advised of rights _____ Financial Affidavit reviewed _____ Counsel appt'd _____ to be appt'd
_____ Defendant declines offer by the court for appointed counsel

_____ Defendant has copy of charging document; is advised of charges _____ Waiver of Jury signed
_____ Consent signed _____ Consent refused; see below _____ Consent not required this/these charges

_____ Defendant pleads NOT GUILTY. Jury/Court trial scheduled ___/___/___ at _____
 before Judge _____    Pretrial motions filed by ___/___/___
 Voir dire/jury instructions/briefs ___/___/___    _____ Request per CrR 16
_____ Def't unavailable until trial date set; speedy trial excluded (XM) from ___/___/___ to ___/___/___

_____ Superseding INFORMATION filed
_____ Defendant plea of GUILTY to _____ accepted. _____ Presentence Report Ordered.
 _____ Sentencing scheduled ___/___/___ at _____ before Judge _____
 _____ Plea Agreement Filed _____ Count(s) _____ DISMISSED
 _____ Government to recommend reduced sentence if Defendant complies with arrangement

_____ **Trial**
_____ Witnesses: _____
 _____ Exhibits : _____
 _____ Guilty _____ Sentencing proceeds, see below _____ Not Guilty
 _____ Presentence report ordered. Sentencing scheduled ___/___/___ at _____

✓ **Sentencing:**
 ✓ Serve _____ days as directed _____ Suspended _____ Reduced to Warning
 ✓ Supervised Release/Probation for _12_ months w/standard conditions _____ no firearms
 _____ w/drug/alcohol conditions _____ w/mental health conditions _____ w/financial provisions
 _____ no driving w/o valid license & insurance _____ other: _____
 NO Fine of $ _____ within _____ days/months _____ immediately _____ direction
 _____ Restitution of $ _____ within _____ months/years _____ immediately
 ✓ Special Assessment $ 10 ~~Other:~~ by 30 days _____

 ✓ Judgment Papers signed

_____ Other/Bond: _____

Deputy Clerk: Donna Smith                                    December 3, 2003

_____ NA Whidbey
_✓_ PSNS Bremerton
_____ Subase Bangor

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

Defendant: _____

Address: 3567 _____

_____ WA _____

Telephone No: _____ Date of Birth: _____

Charge: _____

_____ A presentence investigation has been ordered to aid this Court in determining an appropriate sentence relative to your plea or conviction.

_____ Sentencing is set for _____ before U.S. Magistrate Judge _____.

_✓_ You have been placed on probation/~~supervised release~~ this date, for a term of _____.

_____ You have been directed to serve _____ day(s) in custody at _____
_____.

You are directed to make contact with the United States Probation Office in person OR by telephone within twenty-four (24) hours (excluding weekends and holidays). Ask for the U.S. Probation Officer who is the officer of the day or, if he/she is not available, ask for a supervisor. The telephone number is 206-553-7435. The U.S. Probation Office is located at 701 Fifth Avenue, Columbia Center, Suite 4100, Seattle, Washington 98104. The office hours are 8:00 a.m. to 5:00 p.m., Monday through Friday. Failure to comply with this Court's order could result in the issuance of a warrant for your arrest.

COMMENTS: _____

_____

_____

Dated this _____ day of _____, 199_

_____
U.S. Magistrate Judge

Original - Defendant
Copies   - U.S. Probation Office, Seattle, WA
           U.S. Magistrate Judge's file

MAGISTRATE JUDGE J. KELLEY ARNOLD

FILED — RECEIVED NOV 18 2003 LODGED CLERK U.S. DISTRICT COURT WESTERN DISTRICT OF WASHINGTON AT TACOMA DEPUTY

Received From SEATTLE NOV 14 2003

FILED — LODGED — ENTERED — RECEIVED NOV 12 2003 MR AT SEATTLE CLERK U.S. DISTRICT COURT WESTERN DISTRICT OF WASHINGTON DEPUTY

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | VIOLATION NO. N210651/WW75 |
| Plaintiff, | STIPULATION AND ORDER CONTINUING PRETRIAL MOTIONS DUE DATE |
| vs. | |
| DAVID ROLAND, | |
| Defendant. | |

## STIPULATION

The defendant, David Roland, by his attorney, Assistant Federal Public Defender Jennifer E. Wellman, and the United States of America, by Special Assistant United States Attorney Andrew Wilkes, hereby stipulate that it is in the interests of justice to extend the pretrial motion deadline for the government's response to the defendant's pretrial motions to November 21, 2003, pursuant to Local Rule CrR 12(e)(1). This stipulation is made for the following reasons:

1. The defendant, Mr. Roland, was brought to federal court for his initial appearance on July 9, 2003, and charged under Violation No. N210651/WW75 with simple assault. He entered a not guilty plea and was released on his own recognizance.

2. Trial is currently scheduled for December 3, 2003, and pretrial motions are due

STIPULATION AND ORDER CONTINUING
PRETRIAL MOTIONS DUE DATE
(DAVID ROLAND) #210651/WW75                    1

*FEDERAL PUBLIC DEFENDER*
1111 Third Avenue, Suite 1100
Seattle, Washington 98101
(206) 553-1100

November 12, 2003. The parties are currently engaged in plea negotiations that may eliminate the need for the court to resolve any pretrial motions, as well as the need for a trial.

3. The additional time will allow counsel sufficient time to complete plea negotiations and adequately and fully discuss the same and sentencing consequences with Mr. Roland. The parties agree that the change in the pretrial motions deadline will not affect the trial date.

4. The parties believe that the ends of justice are served by granting this continuance and, therefore, the parties stipulate and agree to continue the pretrial motions due date to November 21, 2003.

DATED this 12th day of November, 2003.

Respectfully submitted,

Jennifer E. Wellman
Attorney for David Roland

Lt. Andrew Wilkes
Special Assistant United States Attorney
(Signature approved per telephone authorization)

STIPULATION AND ORDER CONTINUING
PRETRIAL MOTIONS DUE DATE
(DAVID ROLAND) #210651/WW75                2

FEDERAL PUBLIC DEFENDER
1111 Third Avenue, Suite 1100
Seattle, Washington 98101
(206) 553-1100

## ORDER

THE COURT having considered the stipulation of the parties, the records and files herein, and the motion for continuance of the pretrial motions date, the Court hereby makes the following findings:

1.    The Court finds that a failure to grant the continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, within the meaning of 18 U.S.C. § 3161(h)(8)(B)(ii).

2.    The Court further finds that the ends of justice will be served by ordering a continuance in this case and that a continuance is necessary to insure effective trial preparation.

IT IS THEREFORE ORDERED that the pretrial motions due date in this case is extended to November 21, 2003.

DONE this ___ day of _____, 2003.

_____
THE HONORABLE J. KELLEY ARNOLD
UNITED STATES DISTRICT MAGISTRATE JUDGE

Presented by:

_____
Jennifer E. Wellman
Attorney for David Roland

Agreed to by stipulation, notice of presentment waived, signature approved per telephone authorization:

_____
Lt. Andrew Wilkes
Special Assistant United States Attorney

STIPULATION AND ORDER CONTINUING
PRETRIAL MOTIONS DUE DATE
(DAVID ROLAND) #210651/WW75                    3

FEDERAL PUBLIC DEFENDER
1111 Third Avenue, Suite 1100
Seattle, Washington 98101
(206) 553-1100

## CERTIFICATE OF SERVICE

I hereby certify that on November 12, 2003, I caused to be delivered by U.S. Mail, with proper postage affixed, a copy of the STIPULATION AND ORDER CONTINUING PRETRIAL MOTIONS DUE DATE, to:

> Lt. Andrew T. Wilkes
> U.S. Naval Station
> Staff Judge Advocate
> 120 South Dewey Street
> Building 443
> Bremerton, WA    98314
> Fax No.: (360) 476-0434

DATED this 12th day of November, 2003.

_____
Barbara G. Hughes

STIPULATION AND ORDER CONTINUING
PRETRIAL MOTIONS DUE DATE
(DAVID ROLAND) #210651/WW75                4

FEDERAL PUBLIC DEFENDER
1111 Third Avenue, Suite 1100
Seattle, Washington  98101
(206) 553-1100

MAGISTRATE JUDGE J. KELLEYARNOLD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

DAVID ROLAND,

    Defendant.

)
)
)
)
)
)
)
)
)
)
)
)
)

VIOLATION NO. N210651/WW75

DEFENDANT DAVID ROLAND'S
WAIVER OF SPEEDY TRIAL RIGHTS
AND REQUEST A CONTINUANCE
OF TRIAL DATE

I, David Roland, having been advised by my attorney of my right to a speedy trial under the provisions of the Sixth Amendment, the Federal Speedy Trial Act, 18 U.S.C. § 3161 et seq., and the Plan for the Prompt Disposition of Criminal Cases promulgated by the United States District Court for the Western District of Washington pursuant to the Federal Speedy Trial Act, do hereby knowingly, voluntarily and with advice of counsel, waive my right to a speedy trial and consent to the continuation of the date of my trial from October 8, 2003, to December 3, 2003, or to any other date prior to December 3, 2003, which may be convenient for the Court. I also understand that if the Court accepts this waiver the Court will exclude

DEFENDANT'S WAIVER OF SPEEDY TRIAL
RIGHTS & REQUEST FOR A CONTINUANCE
(*DAVID ROLAND*) # N210651/WW75_     1

**FEDERAL PUBLIC DEFENDER**
1111 Third Avenue, Suite 1100
Seattle, Washington 98101
(206) 553-1100

the date of filing this pleading until the new trial date of December 3, 2003, in calculating the new speedy trial expiration date.

DATED this _____ day of September, 2003.

Respectfully submitted,

David Roland
Defendant

Approved by:

Jennifer E. Wellman
Attorney for David Roland

DEFENDANT'S WAIVER OF SPEEDY TRIAL
RIGHTS & REQUEST FOR A CONTINUANCE
(DAVID ROLAND) # N210651/WW75_                    2

FEDERAL PUBLIC DEFENDER
1111 Third Avenue, Suite 1100
Seattle, Washington 98101
(206) 553-1100

MAGISTRATE JUDGE J. KELLEY ARNOLD

FILED _____ LODGED _____ RECEIVED

SEP 19 2003

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA DEPUTY
BY

Received From
SEATTLE
SEP 18 2003

_____ FILED _____ ENTERED
_____ LODGED _____ RECEIVED

SEP 17 2003    DJ

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                              DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

UNITED STATES OF AMERICA,      )    VIOLATION NO. N210651/WW75
                               )
                Plaintiff,     )
                               )
        vs.                    )    AGREED MOTION AND ORDER FOR
                               )    CONTINUANCE OF PRETRIAL
DAVID ROLAND,                  )    MOTIONS DUE DATE AND TRIAL
                               )    DATE
                Defendant.     )
                               )
                               )

## I.    STATEMENT OF MOTION

COMES NOW David Roland, by and through his attorney Assistant Federal Public Defender Jennifer E. Wellman, and the United States, by and through Special Assistant United States Attorney Andrew Wilkes, and move this Court for an order continuing the trial date in the above-captioned case to December 3, 2003, and the pretrial motions due date to November 12, 2003. The background for this request is set forth below and in a separately attached affidavit of Jennifer E. Wellman.

## II.   BACKGROUND

Under Violation No. N210651/WW75 Mr. Roland is charged with simple assault. He appeared for his initial appearance on July 9, 2003. Mr. Roland entered a not guilty plea and was released on his own recognizance.   Trial  is currently scheduled to begin on October 8, 2003, and pretrial motions are due September 17, 2003.

AGREED MOTION & ORDER FOR
CONTINUANCE OF PTM & TRIAL DATES
(DAVID ROLAND) # N210651/WW75              1

FEDERAL PUBLIC DEFENDER
1111 Third Avenue, Suite 1100
Seattle, Washington 98101
(206) 553-1100

Counsel for the government and Mr. Roland are conducting ongoing discussions related to possible settlement of this case. There are numerous outstanding factual and legal issues that require further investigation by both parties before these negotiations can be completed. Part of that process involves interviewing a number of witnesses who were authorized to meet with counsel only recently. Discussion with the defendant will then take additional time in order for defense counsel to review the facts and issues with him thoroughly. Without that additional time, counsel for the defendant would be denied the reasonable time necessary for effective preparation. The parties have, therefore, agreed to request a continuance of the trial date from October 8, 2003, to December 3, 2003, and the pretrial motions due date from September 17, 2003, to November 12, 2003.

Mr. Roland specifically joins in this request and has signed a waiver of his rights to a speedy trial in order to facilitate effective preparation and settlement discussions. The parties agree that the interests of justice are served through these continuances, and findings to that effect are set forth in the proposed order attached hereto. The parties further stipulate and agree that the period between October 8, 2003, and December 3, 2003, is excludable time pursuant to Title 18 U.S.C. §§ 3161 through 3164.

## III.    CONCLUSION

For the foregoing reasons, the parties respectfully request that the Court continue the trial date to December 3, 2003, and the pretrial motions due date to November 12, 2003.

DATED this 17th day of September, 2003.

Respectfully submitted,

Jennifer E. Wellman
Attorney for David Roland

Andrew T. Wilkes
Special Assistant United States Attorney
(Signature approved per telephone authorization.)

AGREED MOTION & ORDER FOR
CONTINUANCE OF PTM & TRIAL DATES
(DAVID ROLAND) # N210651/WW75                2

FEDERAL PUBLIC DEFENDER
1111 Third Avenue, Suite 1100
Seattle, Washington 98101
(206) 553-1100

## AFFIDAVIT OF JENNIFER E. WELLMAN

STATE OF WASHINGTON )
                     ) ss.
COUNTY OF KING       )

I, Jennifer E. Wellman, having been duly sworn, depose and say as follows:

1.      I am an attorney licensed to practice law in the State of Washington and admitted to the Bar of this Court. The Office of the Federal Public Defender was appointed to represent Mr. Roland and I am the attorney assigned to represent him by that office.

2.      I have discussed Mr. Roland's case with Lt. Andrew Wilkes, the Special Assistant United States Attorney assigned to prosecute this matter. We have agreed to request continuances in this case to facilitate settlement discussions.

3.      I have talked with Mr. Roland about the request for these continuances and his speedy trial rights. He joins in that request and has signed a speedy trial waiver, which is attached for the Court's review.

4.      All facts contained in the attached motion are true and accurate to the best of my knowledge and belief.

DATED this 17th day of September, 2003.

_____
Jennifer E. Wellman

SUBSCRIBED AND SWORN to before me this 17th day of September, 2003.

_____
Lynn Shamulka
NOTARY PUBLIC in and for the State of
Washington, residing at Seattle, WA
My appointment expires 10/19/06

AGREED MOTION & ORDER FOR
CONTINUANCE OF PTM & TRIAL DATES
(DAVID ROLAND) # N210651/WW75          3

FEDERAL PUBLIC DEFENDER
1111 Third Avenue, Suite 1100
Seattle, Washington 98101
(206) 553-1100

# ORDER

THIS MATTER having come before the Court on the stipulation motion of the parties to continue the trial date and the pretrial motions due date, the Court having reviewed the motion, affidavit of counsel, and the records and files herein, makes the following findings:

The Court finds that the ends of justice will be served by ordering continuances in this case; that these continuances are necessary to insure effective trial preparation and that these factors outweigh the best interests of the public in a more speedy trial, within the meaning of 18 U.S.C. § 3161(h)(8)(A).

IT IS THEREFORE ORDERED that the trial date is continued to December 3, 2003, and the pretrial motions due date continued to November 12, 2003.

IT IS FURTHER ORDERED the period of time from the current trial date of October 8, 2003, up to and including the new trial date of December 3, 2003, shall be excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161 *et seq.*

DONE this 19th day of Sept, 2003.

THE HONORABLE Karen L. Strombom
U.S. MAGISTRATE DISTRICT JUDGE

Presented by:

Jennifer E. Wellman
Attorney for David Roland

Agreed to by stipulation, notice of presentment waived, signature approved per telephone authorization:

Andrew T. Wilkes
Special Assistant United States Attorney

AGREED MOTION & ORDER FOR
CONTINUANCE OF PTM & TRIAL DATES
(*DAVID ROLAND*) # N210651/WW75          4

FEDERAL PUBLIC DEFENDER
1111 Third Avenue, Suite 1100
Seattle, Washington 98101
(206) 553-1100

## CERTIFICATE OF SERVICE

I hereby certify that on September /7, 2003, I caused to be delivered, by U.S. Mail, with proper postage affixed, a copy of the Agreed Motion and Order for a Continuance of the Pretrial Motions Due Date and the Trial Date, and a copy of the defendant's signed Speedy Trial Waiver, to:

Lt. Andrew T. Wilkes
U.S. Naval Station
Staff Judge Advocate
120 South Dewey Street
Bldg. 443
Bremerton, WA 98314
Fax No.: (360) 476-0434

_____
Barbara G. Hughes

AGREED MOTION & ORDER FOR
CONTINUANCE OF PTM & TRIAL DATES
(DAVID ROLAND) # N210651/WW75            5

FEDERAL PUBLIC DEFENDER
1111 Third Avenue, Suite 1100
Seattle, Washington 98101
(206) 553-1100

MAGISTRATE JUDGE J. KELLEY ARNOLD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

DAVID ROLAND,

    Defendant.

VIOLATION NO. N210651/WW75

DEFENDANT DAVID ROLAND'S
WAIVER OF SPEEDY TRIAL RIGHTS
AND REQUEST A CONTINUANCE
OF TRIAL DATE

I, David Roland, having been advised by my attorney of my right to a speedy trial under the provisions of the Sixth Amendment, the Federal Speedy Trial Act, 18 U.S.C. § 3161 et seq., and the Plan for the Prompt Disposition of Criminal Cases promulgated by the United States District Court for the Western District of Washington pursuant to the Federal Speedy Trial Act, do hereby knowingly, voluntarily and with advice of counsel, waive my right to a speedy trial and consent to the continuation of the date of my trial from October 8, 2003, to December 3, 2003, or to any other date prior to December 3, 2003, which may be convenient for the Court. I also understand that if the Court accepts this waiver the Court will exclude

DEFENDANT'S WAIVER OF SPEEDY TRIAL
RIGHTS & REQUEST FOR A CONTINUANCE
(DAVID ROLAND) # N210651/WW75_                     1

FEDERAL PUBLIC DEFENDER
1111 Third Avenue, Suite 1100
Seattle, Washington 98101
(206) 553-1100

MAGISTRATE JUDGE J. KELLEY ARNOLD

FILED _____ LODGED
_____ RECEIVED

**JUL 2 8 2003**

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY                                            DEPUTY

_____ FILED _____ ENTERED
_____ LODGED _____ RECEIVED

**JUL 2 3 2003**   KN

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                              DEPUTY

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> DAVID ROLAND, <br><br> Defendant. | VIOLATION NO. N210651/WW75 <br><br> AGREED MOTION AND ORDER FOR CONTINUANCE OF PRETRIAL MOTIONS DUE DATE AND TRIAL DATE |

### I.   STATEMENT OF MOTION

COMES NOW David Roland, by and through his attorney Assistant Federal Public Defender Jennifer E. Wellman, and the United States, by and through Special Assistant United States Attorney Andrew Wilkes, and move this Court for an order continuing the trial date in the above-captioned case to October 8, 2003, and the pretrial motions due date to September 17, 2003. The background for this request is set forth below and in a separately attached affidavit of Jennifer E. Wellman.

### II.   BACKGROUND

Under Violation No. N210651/WW75 Mr. Roland is charged with simple assault. He appeared for his initial appearance on July 9, 2003. Mr. Roland entered a not guilty plea and was released on his own recognizance. Trial is currently scheduled to begin on August 6, 2003, and pretrial motions are due July 24, 2003.

AGREED MOTION & ORDER FOR
CONTINUANCE OF PTM & TRIAL DATES
(DAVID ROLAND) # N210651/WW75                1

FEDERAL PUBLIC DEFENDER
1111 Third Avenue, Suite 1100
Seattle, Washington 98101
(206) 553-1100

Counsel for the government and Mr. Roland are conducting ongoing discussions related to possible settlement of this case. There are numerous outstanding factual and legal issues that require further investigation by both parties before these negotiations can be completed. Discussion with the defendant will then take additional time in order for defense counsel to review the facts and issues with him thoroughly. Without that additional time, counsel for the defendant would be denied the reasonable time necessary for effective preparation. The parties have, therefore, agreed to request a continuance of the trial date from August 6, 2003, to October 8, 2003, and the pretrial motions due date from July 24, 2003, to September 17, 2003.

Mr. Roland specifically joins in this request and has signed a waiver of his rights to a speedy trial in order to facilitate effective preparation and settlement discussions. The parties agree that the interests of justice are served through these continuances, and findings to that effect are set forth in the proposed order attached hereto. The parties further stipulate and agree that this 63-day period is excludable time pursuant to Title 18 U.S.C. §§ 3161 through 3164.

## III.    CONCLUSION

For the foregoing reasons, the parties respectfully request that the Court continue the trial date to October 8, 2003, and the pretrial motions due date to September 17, 2003.

DATED this 23rd day of July, 2003.

Respectfully submitted,

Jennifer E. Wellman
Attorney for David Roland

Andrew T. Wilkes
Special Assistant United States Attorney
(Signature approved per telephone authorization)

AGREED MOTION & ORDER FOR
CONTINUANCE OF PTM & TRIAL DATES
(*DAVID ROLAND*) # N210651/WW75                    2

FEDERAL PUBLIC DEFENDER
1111 Third Avenue, Suite 1100
Seattle, Washington 98101
(206) 553-1100

## AFFIDAVIT OF JENNIFER E. WELLMAN

STATE OF WASHINGTON     )
                               ) ss.

COUNTY OF KING          )

I, Jennifer E. Wellman, having been duly sworn, depose and say as follows:

1.     I am an attorney licensed to practice law in the State of Washington and admitted to the Bar of this Court. The Office of the Federal Public Defender was appointed to represent Mr. Roland and I am the attorney assigned to represent him by that office.

2.     I have discussed Mr. Roland's case with Lt. Andrew Wilkes, the Special Assistant United States Attorney assigned to prosecute this matter. We have agreed to request continuances in this case to facilitate settlement discussions.

3.     I have talked with Mr. Roland about the request for these continuances and his speedy trial rights. He joins in that request and has signed a speedy trial waiver, which is attached for the Court's review.

4.     All facts contained in the attached motion are true and accurate to the best of my knowledge and belief.

DATED this 23rd day of July, 2003.

_Jennifer E. Wellman_
Jennifer E. Wellman

SUBSCRIBED AND SWORN to before me this 23rd day of July, 2003.

_Karen A. Crawford_
Karen A. Crawford
NOTARY PUBLIC in and for the State of Washington, residing at _Issaquah_
My appointment expires _7/19/04_

AGREED MOTION & ORDER FOR
CONTINUANCE OF PTM & TRIAL DATES
(DAVID ROLAND) # N210651/WW75     3

FEDERAL PUBLIC DEFENDER
1111 Third Avenue, Suite 1100
Seattle, Washington 98101
(206) 553-1100

## ORDER

THIS MATTER having come before the Court on the stipulation motion of the parties to continue the trial date and the pretrial motions due date, the Court having reviewed the motion, affidavit of counsel, and the records and files herein, makes the following findings:

The Court finds that the ends of justice will be served by ordering continuances in this case; that these continuances are necessary to insure effective trial preparation and that these factors outweigh the best interests of the public in a more speedy trial, within the meaning of 18 U.S.C. § 3161(h)(8)(A).

IT IS THEREFORE ORDERED that the trial date is continued to October 8, 2003, and the pretrial motions due date continued to September 17, 2003.

IT IS FURTHER ORDERED the period of time from the current trial date of August 6, 2003, up to and including the new trial date of October 8, 2003, shall be excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161 *et seq.*

DONE this 28 day of _____, 2003.

THE HONORABLE J. KELLEY ARNOLD
U.S. MAGISTRATE DISTRICT JUDGE

Presented by:

Jennifer E. Wellman
Attorney for David Roland

Agreed to by stipulation, notice of presentment waived, signature approved per telephone authorization:

Andrew T. Wilkes
Special Assistant United States Attorney

AGREED MOTION & ORDER FOR
CONTINUANCE OF PTM & TRIAL DATES
(*DAVID ROLAND*) # N210651/WW75                4

FEDERAL PUBLIC DEFENDER
1111 Third Avenue, Suite 1100
Seattle, Washington 98101
(206) 553-1100

## CERTIFICATE OF SERVICE

I hereby certify that on July __23__, 2003, I caused to be delivered, by fax and U.S. Mail, a copy of the Agreed Motion and Order for a Continuance of the Pretrial Motions Due Date and the Trial Date,  to:

Lt. Andrew T. Wilkes
U.S. Naval Station
Staff Judge Advocate
120 South Dewey Street
Bldg. 443
Bremerton, WA  98314
Fax No.: (360) 476-0434


_____
Barbara G. Hughes

AGREED MOTION & ORDER FOR
CONTINUANCE OF PTM & TRIAL DATES
(*DAVID ROLAND*) # N210651/WW75                    5

FEDERAL PUBLIC DEFENDER
1111 Third Avenue, Suite 1100
Seattle, Washington  98101
(206) 553-1100

MAGISTRATE JUDGE J. KELLEY ARNOLD

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT TACOMA

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

DAVID ROLAND,

        Defendant.

CASE / VIOLATION NUMBER

N 210651/WW75

WAIVER OF RIGHT TO SPEEDY TRIAL

I, DAVID ROLAND, the defendant in the above-entitled criminal case, having been advised of my right to a speedy and public trial pursuant to the Sixth Amendment to the Constitution of the United States and the Speedy Trial Act, do knowingly, and with advice of counsel, waive my right to a speedy trial and consent to the continuation

//

//

WAIVER OF RIGHT TO SPEEDY TRIAL- 1
CASE NO:

FEDERAL PUBLIC DEFENDER
1111 Third Avenue, Suite 1100
Seattle, Washington 98101
(206) 553-1100

of the date of my trial from ___AUGUST 6, 2003___ to ___OCtober 8, 2003___ or such time thereafter as the Court shall decide.

DATED this _03rd_ day of _July_, _2003_.

_____
Defendant

_____
Attorney for Defendant

WAIVER OF RIGHT TO SPEEDY TRIAL- 2
CASE NO:

FEDERAL PUBLIC DEFENDER
1111 Third Avenue, Suite 1100
Seattle, Washington 98101
(206) 553-1100

# UNITED STATES DISTRICT COURT
## for the WESTERN DISTRICT of WASHINGTON

United States Magistrate Judge Monica J. Benton

Case No. _____          Defendant_____ Rolaul _____

AUSA _____ Wulkey _____          Defense Counsel ___ Wellume ___ pro se _____

XX Arraignment ____Plea ____Trial ____Sentencing    Tape No. TAC 03-38 39 40 41 42 43 44

____Failure to Appear ____Summons to issue for (___/__/___ at ___) ____B/W to issue

XX Advised of rights ⟋Financial Affidavit reviewed ⟋Counsel appted ____ to be appted

____Defendant declines offer by the court for appointed counsel

XX Defendant has copy of charging document; is advised of charges ____Waiver of Jury signed

____Consent signed ____Consent refused ____Consent not required, per statute, this charge

⟋Defendant pleads NOT GUILTY. Jury/Court trial scheduled 8/6/03 at 1:30
before Judge Arnold ____    Pretrial motions filed by 7/24/03
Voir dire/jury instructions/briefs ___/___/___    ____Request per CrR 16

____Deft unavailable until trial date set; speedy trial excluded (XM) from __/__/__ to __/__/__

____Defendant plea of GUILTY to _____ accepted. ____Presentence Report Ordered.
      ____Sentencing scheduled ___/__/___ at ____ before Judge _____
      ____Plea Agreement Filed ____Count(s) _____ DISMISSED
      ____Government to recommend reduced sentence if Defendant complies with arrangement
____Trial
      ____Witnesses: _____
      ____Exhibits _____
      ____Guilty ____Sentencing proceeds, see below ____Not Guilty
      ____Presentence report ordered. Sentencing scheduled ___/__/___ at ____

____Sentencing:
      ____Serve ____days as directed ____Suspended ____Reduced to Warning
      ____Supervised Release/Probation for ____months w/standard conditions ____ no firearms
      ____w/drug/alcohol conditions ____additional, specific conditions _____
      ____Fine of $_____ within _____ days/months ____immediately ____direction
      ____Restitution of $_____ within _____ months/years ____immediately ____direction
      ____Special Assessment $_____ Other: _____

____Judgment Papers signed in Open Court

____Other/Bond: _____

Deputy Clerk: P Voelker                                        9 July 2003

# FINANCIAL AFFIDAVIT

## IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

CJA 23

| IN UNITED STATES | ☐ MAGISTRATE ☐ DISTRICT ☐ APPEALS COURT or ☐ OTHER PANEL (Specify below) | LOCATION NUMBER |
|---|---|---|
| IN THE CASE OF | | |

FOR

VS.

AT

**PERSON REPRESENTED (Show your full name)**

DAVID A ROLAND

1 ☒ Defendant—Adult
2 ☐ Defendant—Juvenile
3 ☐ Appellant
4 ☐ Probation Violator
5 ☐ Parole Violator
6 ☐ Habeas Petitioner
7 ☐ 2255 Petitioner
8 ☐ Material Witness
9 ☐ Other (Specify)

**DOCKET NUMBERS**
Magistrate
District Court
Court of Appeals

**CHARGE/OFFENSE (describe if applicable & check box →)** ☐ Felony ☐ Misdemeanor

---

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**ASSETS**

**EMPLOYMENT**

Are you now employed? ☒ Yes ☐ No ☐ Am Self Employed  NAVAL Hosp

Name and address of employer: Dept. of the Navy / Boone Rd BREMERTON WA 98312

IF YES, how much do you earn per month? $ 1,000

IF NO, give month and year of last employment

How much did you earn per month $

If married is your Spouse employed? ☐ Yes ☒ No

IF YES, how much does your Spouse earn per month $ N/A

If a minor under age 21, what is your Parents or Guardian's approximate monthly income $ N/A

**OTHER INCOME**

Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☒ Yes ☐ No

IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES

RECEIVED $ 800   SOURCES Disability Veteran

**CASH**

Have you any cash on hand or money in savings or checking account ☒ Yes ☐ No   IF YES, state total amount $

**PROPERTY**

Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes ☒ No

IF YES, GIVE VALUE AND DESCRIBE IT

VALUE   DESCRIPTION

---

**OBLIGATIONS & DEBTS**

**DEPENDENTS**

MARITAL STATUS
☒ SINGLE
☐ MARRIED
☐ WIDOWED
☐ SEPARATED OR DIVORCED

Total No. of Dependents: 1

List persons you actually support and your relationship to them

ISAIAH ROLAND (SON)

**DEBTS & MONTHLY BILLS**

(LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| Creditors | Total Debt | Monthly Payt. |
|---|---|---|
| APARTMENT OR HOME: Lighthouse cove Realty | $ | $ 800.00 |
| Navy Federal Credit Union | $ 10,000 | $ 600.00 |
| BON - Macy | $ 200 | $ 20.00 |
| Sears | $ 800 | $ 20.00 |
| Capital One  200 - 10.00 /mo | | |

I certify the above to be correct.

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED)  D. Roland  7/9/03